IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:23-CV-00029-BO-RN

GB GROUP, LLC,                              )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )        **ORDER**
AMERICAN TRANSPORTATION GROUP               )
INSURANCE RISK RETENTION GROUP,             )
INC.; PALMETTO CONSULTING OF                )
COLUMBIA, LLC; MICHAEL DAVID                )
HUNTER; AND MATTHEW ALAN                    )
HOLYCROSS,                                  )

        Defendants.

It is hereby ORDERED THAT, upon consideration of the Parties Joint Motion to

Modify Defendant's Name in the Case Caption and Filings, that Defendant American

Transportation Group Insurance Risk Retention Group, Inc. changed its name to Bulldog

National Risk Retention Group, Inc. and that for all future pleadings, documents, and/or

filings the Defendant previously identified as Defendant American Transportation Group

Insurance Risk Retention Group, Inc. shall be identified and referred to as follows:

"Bulldog National Risk Retention Group, Inc., f/k/a American Transportation Group

Insurance Risk Retention Group, Inc." It is further order that the Court shall modify the

case caption to change Defendant American Transportation Group Insurance Risk

Retention Group, Inc.'s name to "Bulldog National Risk Retention Group, Inc., f/k/a

American Transportation Group Insurance Risk Retention Group, Inc.", and that each

instance in prior pleadings, documents, and/or filings identifying Defendant American

Transportation Group Insurance Risk Retention Group, Inc. shall refer to "Bulldog National Risk Retention Group, Inc., f/k/a American Transportation Group Insurance Risk Retention Group, Inc.".

This the _4_ day of October, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE