IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00029-BO-RN

**GB Group, LLC**,

        Plaintiff,

v.

**Bulldog National Risk Retention Group, Inc.**, et al.,

        Defendants.

**Order**

For the reasons stated on the record, Plaintiff GB Group, LLC's Motion to Compel (D.E. 55) is granted. It is ordered that Defendants Bulldog National Risk Retention Group, Inc., f/k/a American Transportation Group Insurance Risk Retention Group, Inc.; Palmetto Consulting of Columbia, LLC; Michael David Hunter; and Matthew Alan Holycross must:

1. Promptly begin a rolling production of documents responsive to Plaintiff GB Group's First and Second Sets of Requests for Production of Documents.

2. Complete the production of documents no later than June 17, 2024.

The court also finds that defense counsel must pay the reasonable expenses GB Group incurred in making the motion, including attorney's fees as provided by Rule 37(a)(5)(A). The court will enter a separate order establishing the process for calculation and payment of those expenses.

Dated: May 22, 2024

                                       _____
                                       Robert T. Numbers, II
                                       United States Magistrate Judge